**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00925-CR

**BILLY LUFTHANSA BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-22227-Y**

## ORDER

The Court **GRANTS** appellant's April 10, 2013 motion to supplement the reporter's record. We **DENY** the April 10, 2013 motion as moot to the extent it seeks an extension of time to file appellant's brief.

We **ORDER** court reporter Sharon Hazlewood to file a supplemental reporter's record within **FIFTEEN DAYS** from the date of this order that contains the surveillance video admitted as State's Exhibit #1.

/s/    LANA MYERS
       JUSTICE